# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

LEE A MUDLOFF,

    Plaintiff,

v.                                    Case No. 5:22-cv-189-JA-PRL

STATE OF FLORIDA,

    Defendant.

## ORDER

This case is before the Court on the Motion to Proceed In Forma Pauperis (Doc. 2) filed by Plaintiff. The assigned United States Magistrate Judge has submitted a Report (Doc. 12) recommending that the motion be denied and the amended complaint dismissed. Plaintiff filed an Objection to the Report. (Doc. 13).

After a *de novo* review of the record in this matter, including consideration of the Objection (Doc. 13) filed by Plaintiff, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation (Doc. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

3. The amended complaint (Doc. 11) is **DISMISSED**.

4. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida, on May 23, 2022.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Plaintiff